WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Castro, *et al.*,<br><br>      Plaintiffs,<br><br>      vs.<br><br>High School District #210 aka Phoenix Union High School District #210, *et al.*,<br><br>      Defendants.<br>_____<br>United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>Phoenix Union High School District #210, *et al.*,<br><br>      Defendants.<br>_____ | No. 82-302-PHX-RCB<br>     85-1249-PHX-RCB<br><br>**O R D E R** |

       Familiarity with this protracted litigation is presumed A brief recitation of fairly recent events will, however, place this dismissal order in context.

1          Following an evidentiary hearing regarding unitary
2   status, by order dated May 24, 2005, this court expressly "found
3   that the Phoenix Union High School District (. . . "the
4   District") has complied with the obligations under the Consent
5   Decree, that it has remedied the vestiges of the past dual system
6   to the extent practicable and that the District, through its
7   administrators and Governing Board has demonstrated a good faith
8   commitment to maintaining a unitary and non-discriminatory school
9   system[.]" Doc. 138 at 1-2.  Based upon that finding the court
10  entered a multi-faceted order, several aspects of which are
11  particularly relevant at this juncture.
12         First of all the court retained only limited
13  jurisdiction.  More specifically, it "retain[ed] jurisdiction and
14  oversight over this case . . . *only until the District gives*
15  *notice* to the parties and the Court that it has *completed*
16  *construction* of the new high school to be built on Baseline at
17  56th Avenue[.]" Id. at 2, ¶ 1(emphasis added).  Second, the court
18  ordered that "upon completion of th[at] new full service high
19  school, no further [status] reports [as to design and
20  construction of that school] shall be filed[.]" Id. at 2, ¶ 3.
21  Third, the court expressly ordered dismissal "when the District
22  files its notice of completion of the new full-service high
23  school[.]" Id. at 3, ¶ 7.
24         On August 8, 2007, the District filed and served upon
25  the parties the required "Notice of Completion of Betty H.
26  Fairfax High School[.]"  See Doc. 140.  Thus, in accordance with
27  this court's May 25, 2005 order, IT IS HEREBY ORDERED that:
28         (1) this action shall be DISMISSED;

-2-

      (2) "all earlier orders [in this action are] VACATED[,]" doc. 138 at 3, ¶ 7 (emphasis added); and

      (3) this court is WITHDRAWING its "federal supervision over the Phoenix Union High School District (subject only to the retention of ancillary jurisdiction as set forth in paragraphs 4, 5 and 6 [of the court's May 24, 2005 order][.]" Id.

      DATED this 4th day of February, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to all counsel of record

- 3 -